SOLOMON C. BARNETT, Appellant, *v.* THE PRESIDENT AND TRUSTEES OF THE TOWN OF NEWARK, Appellees.

ISAAC HARRIS, Appellant, *v.* THE SAME, Appellees.

THE SAME *v.* THE SAME.

### APPEALS FROM KENDALL.

In towns incorporated under the provisions of the charters of Springfield and Quincy, ordinances prohibiting the sale of ardent spirits must be published, before a penalty can be enforced under them.

IN these cases penalties were sought to be recovered, for the sale of ardent spirits, within the town of Newark, in violation of an ordinance of the town in that behalf.

D. P. JONES, for Appellants.

I. COY, for Appellees.

CATON, C. J.    The ordinances under which these defendants were convicted and fined were never published, so far. as appears from these records, as the statute requires.    Until such publication, it could never become a law.

The charters of Springfield and Quincy specify the powers and define the duties of this corporation, and these expressly provide that the ordinances shall be published before they become operative.    See Laws of Special Session 1839-40, p. 11, § 38.

The judgments must be reversed, and the causes remanded.

*Judgments reversed.*